CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 0 3 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

IN THE MATTER OF THE SEARCH OF: : Case No. 7:13-mj-113

**Information associated with email account SMUST41@hotmail.com, to include SKYPE That is stored at the premises controlled by Microsoft (MSN)** : **S E A L E D**

## MOTION TO SEAL

The United States of America, by and through Timothy J. Heaphy, United States Attorney for the Western District of Virginia, and Joseph W. H. Mott, Assistant United States Attorney, requests that the Application for Search Warrant, the Affidavit of Deputy Marla O'Brien, of the U.S. Marshal Service, the Search and Seizure Warrant, and all related documents in the above-captioned matter be placed under seal until otherwise ordered by the court. The investigation of this matter involves the apprehension of a federal fugitive. Release of this information may jeopardize this investigation and the safety of law enforcement officers.

Respectfully submitted,

TIMOTHY J. HEAPHY
United States Attorney

Date: September 26, 2013

Joseph W. H. Mott
Assistant United States Attorney
VA Bar No. 21852