AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 7:13-MJ-00113 | Date and time warrant executed: 9-23-2013 0900 | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

RECORDS TO BE RECEIVED BY CARRIER, MICROSOFT

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 0 3 2013

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: October 1, 2013

_____
Executing officer's signature

Marla O'Brien (DUSM)
Printed name and title

Received in Chambers

OCT 0 1 2013

Hon. Robert S. Ballou
United States Magistrate

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Information associated with email account<br>SMUST41@hotmail.com, to include SKYPE, that is<br>stored at the premises controlled by Microsoft (MSN | ) <br> ) <br> ) Case No. 7:13-MJ-00113 <br> ) <br> ) <br> ) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____Virginia_____
*(identify the person or describe the property to be searched and give its location)*:

**\*\*\* PLEASE SEE ATTACHMENT A \*\*\***

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

**\*\*\* PLEASE SEE ATTACHMENT B \*\*\***

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____October 4, 2013_____
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Honorable Robert S. Ballou_____.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __September 20, 2013__
                       __5:01 p.m.__                              _____/s/ Robert S. Ballou_____
                                                                                *Judge's signature*

City and state:  Roanoke, Virginia                               Honorable Robert S. Ballou
                                                                                *Printed name and title*

Attachment A

Information associated with email account smust41@hotmail.com that include all other accounts associated to said email account, particularly any SKYPE account(s), that are stored at the premises controlled by Microsoft located at One Microsoft Way, Redmond, Washington, 98052-6399 or by fax (425) 708-0096 or fax (425) 727-3490, a company that accepts service of legal process. The information to be sought from this account shall be dated for August 26, 2013 through September 20, 2013.

## ATTACHMENT B
### Particular things to be seized

I. **Information to be disclosed by Microsoft (the Provider)**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any emails, records, files, logs, usage history, log-ins and log-outs, stored messages, subscribers, internet protocol addresses associated to smust41@hotmail.com as well as any other accounts, to include SKYPE, and information that has been deleted but is still available to the Provider, or has been preserved pursuant to a request made under 18 U.S.C § 2703(f), the Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A for the time period of August 26 through September 20, 2013.

a. The contents of all e-mails and activity associated with email account smust41@hotmail.com, including stored or preserved copies of emails sent to and from the account, all usage history of the account, draft e-mails, log-ins and log-outs, internet protocol addresses, subscribers, the source and destination addresses associated with each e-mail, the date and time at which each e-mail was sent, and the size and length of each e-mail;

b. All records or other information regarding the identification of all accounts associated to smust41@hotmail.com and including said account, to include full name, physical address, telephone numbers and other identifiers, records

of session times and durations, historical usage, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, historical usage, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit bank account number(s);

c. The types of services utilized;
d. All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;
e. All records pertaining to communications between the Provider and any person regarding the account, including contacts with support services and records of actions taken.

II. **Information to be seized by the government**

All information described above in Section I that constitutes evidence and instrumentalities of violations of 18 U.S.C. § 3146, violation(s) involving Osama Mahmud Mustafa and occurring on August 26, 2013 and continuing to September 20, 2013, for the accounts or identifiers listed in Attachment A and any activity related to this account that could potentially further Mustafa's efforts to remain a fugitive, including but not limited to information pertaining to the following matters:

a. Electronic mail and other records relating to discussions between Osama Mustafa about plans to fail to appear or flee; electronic mail or other records as to preparatory steps to flight; electronic mail and other records relating to financial or material support provided in preparation for or during flight by Osama Mustafa; electronic mail and other records as to communication with confederates who may have assisted Osama Mustafa with flight or provided support in preparation for or during flight; and electronic mail and other records showing the location of Osama Mustafa

during preparatory steps to flight and during and following the commission of the offense.

b. Information relating to all accounts to include SKYPE and other accounts associated to smust41@hotmail.com who created, used, or communicated with said accounts, including records about their identifiers and whereabouts.