CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 13 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

IN THE MATTER OF THE SEARCH OF:               :     Case No. 7:13-mj-113
                                              :
**Information associated with email account**  :
**SMUST41@hotmail.com, to include SKYPE**      :
**That is stored at the premises controlled by** :
**Microsoft (MSN)**                             :

## MOTION TO UNSEAL SEARCH WARRANT

The United States of America, by counsel, hereby moves the Court to unseal and open the above-styled case.

Wherefore, the United States requests an order unsealing the above-styled case.

Respectfully submitted,

RICK A. MOUNTCASTLE
Acting United States Attorney

Date: September 13, 2017

/s/ Stephen J. Pfleger
Stephen J. Pfleger
Assistant United States Attorney
DC Bar No. 414017
U.S. Attorney's Office
P.O. Box 1709
Roanoke, Virginia 24011
Phone: (540) 857-2250
Fax: (540) 857-2614