CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 15 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | Case No. 7:13-mj-113 |
| Information associated with email account SMUST41@hotmail.com, to include SKYPE That is stored at the premises controlled by Microsoft (MSN) | |

## ORDER

Upon motion by the government, it is hereby ORDERED that all matters in the above-styled case are unsealed.

ENTERED: This 14 day of September, 2017.

/s/ Robert S. Ballou
THE HONORABLE ROBERT S. BALLOU
UNITED STATES MAGISTRATE JUDGE